KATHRYN KENEALLY
Assistant Attorney General

ADAM D. STRAIT
Mass. BBO No. 670484
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 307-2135
Facsimile: (202) 307-0054
adam.d.strait@usdoj.gov

S. AMANDA MARSHALL
United States Attorney
District of Oregon
*Of Counsel*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| GORILLA CAPITAL SWV 4, LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA.<br><br>Defendant. | Case No.: 6:13-cv-02253-AA<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THE COURT, having received and reviewed the **Stipulated Motion to Dismiss with Prejudice** signed by the parties in this action, and for other good cause hereby ORDERS:

//

//

//

1  -  ORDER OF DISMISSAL

11145888.1

This matter is hereby dismissed with prejudice.

DATED AND SIGNED this 24 day of February, 2014.

BY THE COURT

By: *[signature]*

HON. JUDGE ANN AIKEN

APPROVED as to form:

DATED AND SIGNED this 24th day of February, 2014.

GORILLA CAPITAL SWV 4, LLC

By:     **/s/ Tori Klein**
TORI KLEIN, OSB No. 115969
Its Associate General Counsel
Gorilla Capital, Inc.
1342 High Street
Eugene, Oregon 97401
Telephone: (541) 344-7867
Facsimile: (541) 343-0921
tklein@gorillacapital.com

2 - ORDER OF DISMISSAL

11145888.1